Two Men and a Truck
3400 Belle Chase Way
Lansing, MI 48911

Boro Realty Group
616 River Rd
Chatham NJ 07928

Brittany Ishman
70 Christopher Mill Rd
Medford, NJ 08055

SOFI
PO Box 2595
Omaha, NE 68103-2595

U.S. Dept. of Education
400 Maryland Ave., SW
Washington, DC 20002

Citi Costco
PO Box 790046
St. Louis, MO 63179-0046

Discover
PO Box 70176
Philadelphia, PA 19176-0716

American Express
200 Vesey St.
New York, NY 10285

Post Avenue Services LLC
856 U.S. 206, Unit B7
Hopewell, NJ 08844