Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  25−14635−CMG
                              Chapter:  7
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mackenzie Kilgariff
   121 Tettemer Ave.
   Hamilton, NJ 08610

Social Security No.:
   xxx−xx−8323

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 12, 2025</u>                <u>Christine M. Gravelle</u>
                                           Judge, United States Bankruptcy Court